AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Violation: 18 U.S.C. §§ 1341, 2 -
Mail Fraud, Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum term of imprisonment 20 years, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**
Thien Van Phan

**DISTRICT COURT NUMBER**
CR 07-0761

FILED
DEC - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
U.S. Department of Transportation, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   MAUREEN BESSETTE, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

DEC -3 P 4: 05

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR  CR07-0761 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 1341, 2 – Mail Fraud, Aiding and Abetting |
| v. | |
| THIEM VAN PHAN, | |
| Defendant. | OAKLAND VENUE |

I N F O R M A T I O N

The United States Attorney charges:

I. BACKGROUND

At all times material to this Information,

1. From at least 1992, Amland Corp. (aka Amland and Amland Construction) ("Amland"), a California corporation, was a landscaping and construction company. From approximately January 2006 through the present, Amland was located at 1401 Felipe Avenue, San Jose, California. Prior to this, from approximately 2003 through approximately January 2006, the business office was located at 9926 Gibraltar Road, Oakland, California. In December 2000, Amland entered into contracts with the U.S. Department of Transportation Federal Highway Administration ("DOT FHWA"), and the State of California Department of Transportation ("Caltrans") to perform construction and landscaping work on federally funded highway construction projects in

the State of California.

2. From at least 2001, THIEM VAN PHAN ("PHAN") was an employee at Amland responsible for the bookkeeping and payroll. In this position, PHAN generated employee paychecks based on weekly time sheets.

3. The United States Department of Transportation, through the Federal Highway Administration, funds highway construction projects throughout the United States. In California, such federal funds are administered by Caltrans, which solicits and accept bids from contractors. As a condition of such contracts, prime contractors and subcontractors, such as Amland, agree to comply with federal and/or state requirements that apply to projects paid for by federal funds. Among these requirements is that the contractor pay its employees (1) on a weekly basis and (2) the prevailing federal wage rate. Contractors accepting such public road construction contracts also agree to submit certified payroll reports for review by Caltrans and to certify that the contractor has complied with federal and/or state requirements regarding compensating its employees.

4. From approximately December 2000 through September 2004, Amland entered into five contracts with the DOT FHWA and Caltrans, to perform work on federal-aid funded highway construction projects. Amland was the contractor on five contracts. These Amland contracts each involved more than $2,000, triggering application of 40 U.S.C. § 3142 (Rate of wages for laborers and mechanics).

COUNT ONE: (18 U.S.C. §§ 1341, 2 - Mail Fraud and Aiding and Abetting)

SCHEME TO DEFRAUD

5. Paragraphs 1 through 4 are incorporated herein by reference.

6. Beginning in approximately November 2001 and continuing through October 2006, in the Northern District of California, and elsewhere, the defendant,

THIEM VAN PHAN,

did knowingly devise and intend to devise a material scheme and artifice to defraud Amland employees, to obtain money by means of material false and fraudulent pretenses, representations, and promises, and by material omissions as follows.

7. It was part of the scheme and artifice to defraud that defendant would and did

2

submit false certified payroll reports and certified statements of compliance that misrepresented to Caltrans the amount and frequency of payments made by Amland to its employees. These certified payroll reports and certified statements of compliance purported to show that Amland employees working on the Amland contracts were paid once each week and received the federally mandated prevailing wage rate, when in fact these employees were not paid each week and did not receive the prevailing wage rate because defendant PHAN took certain paychecks meant for Amland employees and cashed the checks for his own personal enrichment.

## USE OF THE MAIL

8. On or about February 2, 2005, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, and attempting to do so, the defendant,

THIEM VAN PHAN,

did knowingly cause to be placed in a post office and authorized depository for mail matter to be sent and delivered by the Postal Service, a false certified statement of compliance and a false payroll report, from Amland in San Jose, California to 21030 Redwood Road, Castro Valley, California, 94544, all in violation of Title 18, United States Code, Sections 1341 and 2.

Dated:

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland

(Approved as to form:
AUSA BESSETTE

3