**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*                              *(510) 637-3680*
*Oakland, California 94612-5217*                        *FAX:(510) 637-3724*

December 14, 2007

The Honorable Claudia Wilken
United States District Court Judge
1301 Clay Street
Oakland, CA 94612

Re: United States v. Thiem Van Phan, CR07-00761CW

Dear Honorable Judge Wilken:

The above matter is set on your calendar on December 19, 2007, for change of plea. Enclosed please find the plea agreement agreed to by the parties.

Very truly yours,

SCOTT N. SCHOOLS
United States Attorney

By: _____
MAUREEN C. BESSETTE
Assistant U.S. Attorney

cc. Tam Nguyen (via facsimile 408.993.0527)
Enclosure