AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

FILED
DEC 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

THIEM PHAN

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00761 CW

I, __Thiem Phan__, the above named defendant, who is accused of

__Violation of Title 18, U.S.C. Sec. 1341, 2 — Mail Fraud and Aiding and Abetting__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Dec. 14, 2007__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before __Wayne D. Brazil__   12-14-07
Judicial Officer