UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 12/19/07

Plaintiff: United States

v.                                                          No.  CR-07-00761 CW

Defendant:  Thiem Van Phan (present)

Appearances for Plaintiff:
Maureen Bessette

Appearances for Defendant:
Tam Nguyen

Interpreter:

Probation Officer:

Speedy Trial Date:

Hearing:  Change of Plea

Notes:    Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Count 1 of the Information charging Mail Fraud in violation of 18 USC 1341. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Judgment and sentencing set for 3/26/08 at 2:30 p.m.**

Copies to: Chambers; probation