UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number          CR-07-00761 CW
Defendant's Name     Thiem Van Phan
Defense Counsel      Tam Nguyen (retained)
Referral Date        12/19/07
Sentencing Date      3/26/08          @ 2:30 p.m.

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

__X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by:   SHEILAH CAHILL
      Deputy Clerk

for use of Courtroom Deputies:
Is defendant in custody:    No
Is defendant English-speaking?    Yes

cc: U. S. Probation