# PROMISORY NOTE

Amount: **$155,640.68 *

WHEREAS Amland Corp. (Payee) has incurred a derivative obligation to pay restitution to its employees and former employees in the total sum of $155,640.68 because of the conduct of Thiem Phan, who is directly liable for the restitution;

WHEREAS Thiem Phan, a former employee (payor) cannot presently discharge this obligation, and in consideration of Amland Corp's present payment of said obligation, agrees to reimburse Amland Corp. the full restitution amount stated above;

WHEREAS Payee hereby releases Payor from any and all responsibility upon full payment of the above amount.

The parties now enter into this agreement to set forth the terms and conditions of the settlement, release and payment of the promissory note as follows:

1. Payee acknowledges receipt of first payment from Payor on December 18, 2007 in the amount of $7,500.00 in the form of a cashier check; 2. The remaining balance of $148,140.68 will be paid by Payee in 148 installments starting from March 1, 2008 as follows:

- 147 payments of $1000 each on the first of each month starting from March 1, 2008;
- The 148th (last) payment will be in the amount $1,140.68.

3. If Payee fails to make two (2) consecutive payments, the entire balance shall accelerate and become due immediately;

4. The party in breach of this agreement shall be liable to the prevailing party for all legal costs, fees and attorneys fees for the enforcement and collection of this agreement;

5. Payee understands and agrees that this is a compromise of a disputed claim and the consideration for this release of all claims shall not be deemed or construed as an admission of liability on the part of the payer for any cause of action or amount beyond the amount agreed hereto.

6. This release is governed and construed under the laws of State of California

7. The undersigned hereby declares that the terms of this settlement have been read and understood and voluntarily accepted for the purpose of making full and final settlement and release of all claims, disputed or otherwise, and for the express preclusion forever of any further or future claims arising out of the aforesaid incident or this release.

Executed in San Jose, California.

Date: 03-20-08        Signed: x _[signature]_
                      Payor Thiem Phan

Date: 03/20/08        Signed: x _[signature]_
                      Payee Amdland Corp.; by: Kair Bao Phan