03/31/2008 01:40 PM EST

Version 7.0.1

**Oakland**

## Case Debt Type Payment Report
### U.S. Courts

**FILED**
**APR - 1 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Check/Number | Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN407CR000761 | | | | | | | | | |
| 001 | THIEM VAN PHAN | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 4461001988 | 1 | PR | 100.00 | 03/26/2008 |
| | | | | | | | | Division Payment Total | 100.00 | |
| | | | | | | | | Grand Total | 100.00 | |

$ 100.00  SPECIAL ASSESSMENT
PAID IN FULL    on 3/26/08

Page 1 of 1